FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0418

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Case No. DA 20-0418**

WADE AYALA,

      Plaintiff, Counterclaim-Defendant, and Appellee,

  v.

GAIL STAFFORD,

      Defendant, Counter-Claimant, Third-Party Plaintiff, Appellant and
      Cross-Appellee,

  v.

RECONTRUST COMPANY, N.A.; BANK OF AMERICA, N.A.;
FEDERAL NATIONAL MORTGAGE ASSOCIATION, and EQUITY
PROCESS MANAGEMENT, INC.,

      Third-Party Defendants, Appellees and Cross-Appellants,

  v.

SADIE LYNN BARRETT; and DOES 1-10,

      Third-Party Defendants and Appellees.

**ORDER GRANTING APPELLEES AND CROSS-APPELLANTS
RECONTRUST COMPANY, N.A., BANK OF AMERICA, N.A. AND
FEDERAL NATIONAL MORTGAGE ASSOCIATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

On Appeal from the Montana Second Judicial District Court, Silver Bow County
Cause No. DV-18-267
Honorable Ray J. Dayton, presiding

1

Mark D. Etchart
BROWNING, KALECZYC,
BERRY & HOVEN, P.C.
800 N. Last Chance Gulch, Ste. 101
P.O. Box 1697
Helena, MT  59624
Phone: (406) 443-6820
Facsimile: (406) 443-6883
Email: mark@bkbh.com
*Attorneys for ReconTrust Company,*
*N.A.; Bank of America, N.A.;*
*Federal National Mortgage*
*Association*

Charles E. Hansberry
Jenny M. Jourdannais
Hansberry & Jourdannais, PLLC
3819 Stephens Avenue, Suite 200
Missoula, Montana 59801
Phone: (406) 203-1734
Facsimile: (406) 205-3170
Email: jenny@hjbusinesslaw.com
        chuck@hjbusinesslaw.com
*Attorneys for Wade Ayala*

Adam H. Owens
Gregory G. Constanza
Granite Peak Law, PLLC
P.O. Box 635
Bozeman, Montana 59771
Phone: (406) 586-0576
Facsimile: (406) 794-0750
Email: adam@granitepeaklaw.com
*Attorneys for Gail Stafford*

John F. Haffey
Haffey Vap, PLLC
101 E. Broadway St., Ste. 200
Missoula, MT 59807
Phone: (406) 493-1617
Facsimile: (406) 493-1196
Email: john@haffeyvap.com
        gregory@granitepeakloaw.com
*Attorneys for Third-Party Defendant*
*Equity Management, Inc.*

Appellees and Cross-Appellants, ReconTrust Company, N.A. (ReconTrust), Bank of America, N.A. (BANA) and Federal National Mortgage Association (Fannie Mae), having respectfully moved this Court pursuant to Mont. R. App. P. 26(1) for a thirty-day extension of time to file its answering brief and opening brief on cross-appeal, and good cause appearing,

IT IS ORDERED that ReconTrust, BANA and Fannie Mae's answering brief and opening brief on cross-appeal will be due on January 29, 2021.

3

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 10 2020